UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXWELL COPELLO,<br><br>         Plaintiff,<br><br>    v.<br><br>HUNTERZ HUB, LLC, ET. AL.<br><br>         Defendants. | Case No. 2:23-CV-02612-MCE-AC<br><br>**ORDER** |

The Court has reviewed the Joint Status Report (ECF No. 15) and Stipulation and Proposed Judgment (ECF No. 16) filed by the parties.  Neither filing is signed by Defendants' counsel.  The Court is aware that there has purportedly been a breakdown between Defendants and their attorney, but as long as Defendants are represented, the Court may not consider pro se filings. Defendants are also advised that entity parties cannot proceed without counsel and must be represented by a licensed attorney before the Court.

///

///

///

///

///

///

///

1       Accordingly, the filings at ECF Nos. 15 and 16 are hereby STRICKEN.  The stay in this
2 action is LIFTED so that Defendants' counsel may move to withdraw, should he choose to do so.
3 Such a withdrawal will result in prolonging this litigation while Defendants retain new counsel.
4 Alternatively, the parties may choose to re-file their proposed stipulated judgment through their
5 current counsel instead.
6       IT IS SO ORDERED.
7 Dated:  August 21, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE